UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION

| | |
|---|---|
| Diane Babcock, <br><br> Plaintiff, <br><br> – against– <br><br> Wells Fargo Bank, N.A. and <br> Equifax Information Services, LLC, <br><br> Defendants. | Civ. No. 1:23-cv-12713-TLL-PTM <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Diane Babcock ("Plaintiff"), by and through her counsel, the Law Offices of Robert S. Gitmeid & Associates, PLLC, and Defendant Equifax Information Services, LLC ("Equifax"), by and through its counsel, Taft Stettinius & Hollister LLP, hereby stipulate and agree that all matters between them have been resolved, and that Plaintiff's cause against Equifax is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: January 16, 2024

*/s/ Jennifer Paillon*
Jennifer Joann Paillon, Esq.
Law Offices of Robert S. Gitmeid
& Associates, PLLC
30790 Valley Drive
Farmington Hills, MI 48334
Tel: (734) 904-9522
Email: Jennifer.P@gitmeidlaw.com
*Counsel for Plaintiff Diane Babcock*

|  |  |
|---|---|
| Date: January 16, 2024 | */s/ Jordan S. Bolton*  <br>Jordan S. Bolton, Esq.  <br>Taft Stettinius & Hollister LLP  <br>27777 Franklin Road  <br>Suite 2500  <br>Southfield, MI 48034  <br>Tel: (248) 351-3000  <br>Email: jbolton@taftlaw.com  <br>*Counsel for Equifax Information Services, LLC* |