UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DIANE BABCOCK,

          Plaintiff,                    Case No. 1:23-cv-12713

v.                                           Honorable Thomas L. Ludington
                                           United States District Judge

EQUIFAX INFORMATION SERVICES, LLC,

                                           Honorable Patricia T. Morris
         Defendant.             United States Magistrate Judge

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

On January 16, 2024, the Parties submitted a Stipulation of dismissal with prejudice. ECF No. 15. Having reviewed the Parties' Stipulation, Civil Rule 41(a)(1)(A)(ii), and this Court otherwise being fully advised in the premises:

It is **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and without costs, interest, or attorney's fees to any party.

**This is a final order and closes the above-captioned case**.

Dated: January 26, 2024                          s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge